District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG TSETNAR, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 2:25-cv-00234-JNW <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> May 12, 2025 |

For good cause, Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 6, 2025. Plaintiff brought this litigation pursuant to the Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. Defendants' response to the Complaint is currently due on June 30, 2025. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:25-cv-00234-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.

3        With additional time, this case may be resolved without the need of further judicial
4  intervention. USCIS has scheduled Plaintiff's asylum interview for July 9, 2025. USCIS agrees
5  to diligently work towards completing the adjudication within 120 days of the interview, absent
6  unforeseen or exceptional circumstances that would require additional time for adjudication. If
7  the adjudication is not completed within that time, USCIS will provide a status report to the
8  Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to
9  ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to
10 the interview may require the interview to be rescheduled and the adjudication delayed. If
11 needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be
12 rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will
13 voluntarily dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to
14 conduct Plaintiff's asylum interview and then process his asylum application.

15       As additional time is necessary for this to occur, the parties request that the Court hold
16 the case in abeyance until November 6, 2025. The parties will submit a status update on or
17 before November 6, 2025.

18 //
19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION TO HOLD CASE IN ABEYANCE      UNITED STATES ATTORNEY
[Case No. 2:25-cv-00234-JNW] - 2      1201 PACIFIC AVE., STE. 700
     TACOMA, WA 98402
     (253) 428-3800

1 | //

2 | Dated: January 27, 2025

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 359 words, in compliance with the Local Civil Rules.*

_____ 05/12/2025

OLEG TSETNAR
1652 25TH Place NE #302
Issaquah, Washington 98029
Phone: 314-662-4773
Email: oleg.cetnar@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION FOR ABEYANCE    - 3
No. 2:25-cv-234-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until November 6, 2025. The parties shall submit a status update on or before November 6, 2025. It is so **ORDERED**.

DATED this 14th day of May, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:25-cv-00234-JNW] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Oleg Tsetnar, *Pro Se* Plaintiff
1652 25th Pl NE Unit 302
Issaquah, WA 98029

DATED this 12th day of May, 2025.

s/ Stephanie Huerta-Ramirez
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone:  (206) 553-7970
Fax:     (206) 553-4073
Email:   Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:25-cv-00234-JNW] - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800